UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Paul Maas Risenhoover,           )
                                 )
        Petitioner,              )
                                 )
v.                               )   Civil Action No. 07 1981
                                 )
Chen Shui-bian,                  )
                                 )
        Respondent.              )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 24th day of October 2007,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

_____
United States District Judge

4